UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCY COURTADE | CIVIL ACTION |
| VERSUS | NO. 10-4036 |
| HARRAH'S OPERATING COMPANY, INC. ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## J U D G M E N T

Considering the court's Order and Reasons granting defendants' motion to dismiss and motion for summary judgment, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Caesars Entertainment Corporation (formerly known as Harrah's Entertainment, Inc.), Caesars Entertainment Operating Company, Inc. (formerly known as Harrah's Operating Company, Inc.), and Larry Barrett, and against plaintiff, Lucy Courtade, dismissing plaintiff's claims with prejudice, plaintiff to bear all costs of these proceedings.

New Orleans, Louisiana, this ___11th___ day of May, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE