FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA** 2011 JUN 14 PM 1:09

LORETTA G. WHYTE

| | | |
|---|---|---|
| LUCY COURTADE | * | CIVIL ACTION NO.: 10CV4036 |
| | * | |
| VERSUS | * | |
| | * | SECTION: "A" |
| HARRAH'S OPERATING | * | |
| COMPANY INC., | * | |
| HARRAH'S ENTERTAINMENT | * | MAGISTRATE: "2" Div |
| INC. AND LARRY BARRETT | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FOR ORAL ARGUMENTS TO ALLOW PLAINTIFF TO TESTIFY

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff herein, Lucy Courtade, who respectfully requests this Honorable Court allow arguments in the hearing of the Motion to Set Aside the Judge's Order Granting Summary Judgment as well as allow Plaintiff to testify at same hearing.

**WHEREFORE,** Plaintiff herein, Lucy Courtade, respectfully requests this Honorable Court to grant her Motion as prayed above.

**RESPECTFULLY SUBMITTED:**

David Capasso (#2499)
**David Capasso, Attorney at Law**
4231 Iberville Street
New Orleans, LA 70119
Phone: (504) 488-6401
Facsimile: (504) 488-6414

*Denied as local Rule 78.1*
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE
6/15/11

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on the District Attorney for this matter, via U.S. Regular mail on the ____ day of _____, 2011.

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

1